# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 09CIV10580

Date Filed: _____

Plaintiff:
**MIRYAM ALLAM a/k/a MIRYAM MEYERS,**

vs.

Defendant:
**JASON MEYERS,**

For:
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street
Suite 1928
Brooklyn, NY 11201

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **JASON MEYERS C/O SUFFOLK COUNTY SUPREME COURT, 400 CARLTON AVENUE, OUTSIDE COURT ROOM S-34, CENTRAL ISLIP, NY 11722**

I, THOMAS STEIDEL, being duly sworn, depose and say that on the **27th day of January, 2010** at **11:25 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **JASON MEYERS C/O SUFFOLK COUNTY SUPREME COURT** at the address of: **400 CARLTON AVENUE, OUTSIDE COURT ROOM S-34, CENTRAL ISLIP, NY 11722**

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 175, Hair: Brown, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

**THOMAS STEIDEL**
Process Server

Subscribed and Sworn to before me on the 28th day of January, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY 11931
(631) 369-4925

Our Job Serial Number: 2010000661

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6897186
Qualified in Suffolk County
Commission Expires Feb. 1st, 2010

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u