```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/13
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIRYAM ALLAM a/k/a MIRYAM MEYERS,

                        Plaintiff,    09 **CIVIL** 10580(MEA)

          -against-    **AMENDED JUDGMENT**

# 12,0662

JASON MEYERS,
                      Defendant.
-----------------------------------------------------------X

      Whereas the Court having held a jury trial from April 17 - 19, 2012; the jury having returned a verdict in favor of plaintiff in the amount of $200,000 for Pain and Suffering and $300,000 for punitive damages; on April 23, 2012, the Court having entered a judgment in favor of plaintiff in the total amount of $500,000; thereafter, Defendant having renewed its motion for judgment as a matter of law or, alternatively, motion for a new trial; on November 19, 2012, the Court having granted Meyers judgment as a matter of law pursuant to Rule 50 on Allams IIED claim, which she failed to support at trial with required medical evidence of her emotional distress, and should the Second Circuit disagree with that holding, the Court having conditionally ruled that Meyers would not be entitled to a new trial on the IIED claim; the Court having granted Meyers Rule 59 motion for a new trial in part, scheduling a new trial on punitive damages unless Allam stipulates to a reduction of the punitive damages award to $200,000 by December 14, 2012, and having denied Meyers motion in all other respects; on December 13, 2012, Plaintiff's attorney having stipulated to a reduction of the punitive damages award from $300,000 to $200,000 as per the Court's November 19, 2012 Memorandum Opinion and Order, and the matter having come before the Honorable Marvin E. Aspen, United States District Judge, sitting by designation, and the Court, on January 8, 2013, having rendered its Order directing the Clerk of the Court to enter an amended

judgment pursuant to the Court's November 19, 2012 Memorandum Opinion and Order and Ms. Allam's Stipulation, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 8, 2013, Meyers motion for judgment as a matter of law pursuant to Rule 50 on Allams IIED claim, which she failed to support at trial with required medical evidence of her emotional distress is granted, and should the Second Circuit disagree with that holding, the Court conditionally rules that Meyers would not be entitled to a new trial on the IIED claim; Ms. Allam stipulates to a reduction of the punitive damages award to $200,000; accordingly, judgment is entered in favor of plaintiff as against defendant in the amount of $400,000.

**Dated:** New York, New York
January 17, 2013

**RUBY J. KRAJICK**

BY: _____
**Clerk of Court**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____